AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LUIS ENRIQUE REYES, | ) | Case No. 13-8172-DLB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 23, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a), (b)(1) | Having previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ANDY KORZEN, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3-28-2013

_____
*Judge's signature*

City and state: West Palm Beach, FL         U.S. Magistrate Judge Dave Lee Brannon
*Printed name and title*

## UNITED STATES vs. LUIS ENRIQUE REYES

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Luis Enrique REYES committed the offense of being found in the United States after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On March 23, 2012, an individual identifying himself as Luis Enrique REYES was arrested in Palm Beach County, Florida on charges of grand theft, burglary and trespassing. He was booked and detained at Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States under alien number A089 949 467, that is Luis Enrique REYES.

1

4. On or about March 25, 2013, at the Palm Beach County Jail, Immigration Enforcement Agent Samuel Torres took a sworn statement from Luis Enrique REYES. Post-*Miranda,* Luis Enrique REYES admitted to being native of Nicaragua. He further admitted to last entering into the United States in February 2013, after being removed from the United States on August 22, 2012. Luis Enrique REYES further admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. On or about March 27, 2012, your affiant received immigration file bearing control number A089 949 467 corresponding to Luis Enrique REYES. Original records within alien file assigned to Luis Enrique REYES show that he is a native and citizen of Nicaragua. Records further show that on or about March 31, 2010, Luis Enrique REYES was ordered removed from the United States. The Order of Removal was executed on or about May 12, 2010, whereby Luis Enrique REYES was removed from the United States to Nicaragua. Thereafter, Luis Enrique REYES re-entered into the United States illegally and on or about August 22, 2012, was removed to Nicaragua for the second time.

6. Additional records obtained by your affiant show that on or about June 2, 2011, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida Luis Enrique REYES was convicted of felony offense of unlawful driving as a habitual traffic offender, in case number F11-011607.

7. Records further show that on or about July 3, 2012, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida Luis

Enrique REYES was convicted of felony offense of unlawful driving as a habitual traffic offender, in case number F12-013873.

8. Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Luis Enrique REYES filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Luis Enrique REYES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

9. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about March 23, 2013, Luis Enrique REYES, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for

re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 28th day of March, 2013.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8172-DLB

**UNITED STATES OF AMERICA**

vs.

**LUIS ENRIQUE REYES,**

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes   __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY:  _/s/ Stephen Carlton_____
        STEPHEN CARLTON
        ASSISTANT UNITED STATES ATTORNEY
        Steve.Carlton@usdoj.gov
        Admin. No. A5500011
        500 S. Australian Avenue, Suite 400
        West Palm Beach, FL 33401-6235
        Tel:  (561) 820-8711
        Fax:  (561) 820-8777